UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOATHOUSE GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIGERLOGIC CORPORATION, )<br>)<br>Defendant. )<br>) | Civ. Action No. 10-12125-NMG |

**DECLARATION OF BRAD NOBLE IN SUPPORT OF PLAINTIFF'S
<u>MOTION FOR PRELIMINARY INJUNCTION</u>**

I, Brad Noble, depose and say as follows:

1. I am over 18 years of age and am otherwise competent to testify. The following is a true and accurate account of my own personal knowledge and information.

2. I am currently employed by Boathouse Group, Inc., an independent advertising agency located at 260 Charles Street in Waltham, Massachusetts. Employees of Boathouse do not have official titles, but my position is similar to that of a digital product designer.

3. Prior to joining Boathouse in April of 2008, I ran the Information Architecture department of a big advertising agency near Boston. I left that position to join Boathouse because of Boathouse's commitment to creating and marketing its own digital products and applications. Boathouse hired me to develop agency-owned products and applications such as POSTPOST, the application at issue in this case.

4. I was attracted to Boathouse because of its size, client-base, and commitment to digital products and applications. Boathouse has a robust client base served by a core group of

1

incredibly creative people. It does sophisticated work for a broad array of clients in several major industries, including financial services, healthcare services, high tech, and consumer products. In addition to providing advertising services, Boathouse is active in several additional ventures, including the establishment of a non-profit organization employing an online model for charitable giving designed to help local families on the brink of homelessness through small, direct donations.

### Development of POSTPOST

5.   In approximately April 2009, I began developing an application to allow users to engage in the digital curation of data contained on social media platforms such as Twitter, Facebook, Flickr, and RSS. The idea was to use a search engine similar to Google on the content of a user's social media contributions (including written posts, videos, pictures, and audio files), as well as the contributions of the user's social media contacts—*i.e.*, "contacts" on Flickr, and those the user "follows" on Twitter. Through the power of this search engine, a user could "curate" the vast content of social media contributions by the user and the user's contacts on a dedicated website by selecting and displaying only those contributions responsive to a particular search. By "curate" I mean deliberately prioritize the display of one or more items from within a larger collection.

6.   Most major social media platforms present information on a rolling, continuous basis as it is posted or created. Similarly, most social media platforms do not make older information easy to find.

7.   My idea was to create an application that would let users aggregate the content of their social media networks in a way that was more relevant, interesting, and compelling by

allowing users to find, curate and share information from their online social histories across their respective social networks.

8. I worked on the development of this application with various Boathouse employees since April 2009. Over the last year, most of my time at Boathouse has been devoted to POSTPOST, working on the brand and on various site and product improvements, along with various other Boathouse employees, many of whom are also mostly full-time on the project.

9. Boathouse spearheaded the project because it recognized the importance of navigating social media in a more user-driven manner, and the challenges associated with finding and using valuable social media content.

10. The application I developed, which Boathouse called POSTPOST, allows users to search historical content stored on Twitter, Flickr, and RSS. From the earliest stages of developing the application, the plan has been to include Facebook among the social media platforms with which the POSTPOST product is compatible. Facebook is the next platform into which POSTPOST plans to expand.

11. The term "POSTPOST" was created by another Boathouse employee during a brainstorming session, the purpose of which was to select a name for the application. To the best of my knowledge, at the time Boathouse introduced the POSTPOST mark, in May 2010, POSTPOST had not been previously used to describe any social media search or curation service.

12. Because the http://www.postpost.com domain name was owned by another party, we selected http://www.postpo.st as the website for the POSTPOST application. I understand that TigerLogic subsequently purchased the http://www.postpost.com domain name from the third party.

13.     On May 6, 2010, as I was getting close to completing the initial stage of development, I began using the POSTPOST mark on Twitter. On that date, I created a Twitter feed, @postposting, at which I posted updates and information regarding the development of the application. A screenshot of my initial post under the name @postposting is included below:



14.     On approximately August 31, 2010, Boathouse launched the application that I had been developing under the name POSTPOST, at the website http://www.postpo.st. This initial launch was limited in scope, as I continued to work on technical features of the application. The feedback I received from POSTPOST users during this trial phase was very positive. In September and October 2010, I began to publicize POSTPOST and its website more widely through a grass-roots campaign on Twitter and other forums, including oneforty.com, a website that is a directory of Twitter applications for application developers.

15.     Since May 2010, Boathouse has continuously used the POSTPOST mark to identify its social search application.

## How POSTPOST Works

16.     POSTPOST works by interfacing with the vast indexes of data maintained by social media platforms and bringing that data back to POSTPOST servers where they are indexed and searched. Platforms such as Twitter, Facebook, Flickr, and RSS each have their own index of user data, along with an application programming interface, or API, that allows approved

4

developers like Boathouse to access these indices.  Once granted rights to the index, the developer can write code, or "crawlers" to make use of the data contained in the index. POSTPOST uses crawlers that allow the transfer of relevant data from a social media site's index to POSTPOST's index (on POSTPOST servers), where the data can be searched by POSTPOST subscribers.

17.     Upon entering the http://www.postpo.st website, users are prompted to enter a search term under a banner that reads as follow: "See what the people you follow said about … anything."  Directly under the search window, the POSTPOST home page informs users that POSTPOST searches for the specified search term from content published by "the people you follow" on several social network platforms, including Twitter, Flickr, and RSS.  Once a user enters a search term, the http://postpo.st website prompts the user to sign in to Twitter, thereby making available the Twitter history of the user and those whom he or she "follows."  The website then redirects the user back to http://www.postpo.st, where the social media search results are aggregated and displayed.

18.     To use Boathouse's POSTPOST application, a user must have an existing (or create a new) Twitter account.  Once signed in, however, a user can choose to search additional social networks, including Flickr and RSS feeds, by changing his or her profile settings to include these additional sources of content in the search.

19.     To demonstrate how POSTPOST works, suppose a POSTPOST subscriber with a Flickr, Twitter, and RSS accounts wants to pull up past social media posts regarding a particular topic -- for example, snow.  If the subscriber is active on social media platforms, the subscriber may have numerous pieces of information about snow stored in each of these social media platforms.  For instance, the subscriber may follow people on Twitter who have tweeted about

5

snow, have contacts on Flickr who have posted photographs or videos of snow, or have subscribed to an RSS feed that contains news about snow.  To go into each of these platforms and dig up this information would be impossible.  Boathouse's POSTPOST application solves this problem by making searchable in one place the content from each of these platforms, and returning search results instantly.

20.     A user could log into Boathouse's POSTPOST site and conduct a keyword search for "snow" in the website's search window (either across all contacts or selectively by individual contacts) and instantly pull up any Twitter, Flickr and RSS posts containing the word "snow" that were made by the user and the people the user follows on those platforms.  Searching "snow" in my own POSTPOST account on January 6, 2011 yielded  the following result:



21. A POSTPOST subscriber who uses each of these social media platforms could, by searching for "snow" on the POSTPOST website, simultaneously return materials about snow from all three platforms. In this way, the subscriber can cull the vast amount of data accessible on Twitter, Flickr, and RSS in a way that is meaningful and relevant to the subscriber at a particular time. This cannot be done on the individual social media sites themselves.

22. Moreover, the POSTPOST subscriber can edit the search results to create a subset of those results (for example, all posts or pictures regarding snow skiing) to post to the subscriber's POSTPOST profile page and thereby curate the content of his or her various social media platforms to present only items of interest. The following screenshot, which was generated from a search I ran on January 6, 2011, demonstrates this functionality. After running a search for "snow," I posted the results on my profile page (an act referred to as "creating a POSTPOST"). Note the "edit" and "delete" buttons on the saved search result.



23. Boathouse's POSTPOST is a new application that brings a new functionality to users of social networks. Whereas traditional internet search engines like Google, Yahoo, and Bing search content from the Internet generally, POSTPOST limits your search to the content of a subscriber's social circle—that is, a particular subscriber's friends and contacts—while weeding out content from strangers.

24. Boathouse's POSTPOST application currently has over 800 registered subscribers. The user feedback on POSTPOST has been consistently positive.

### TigerLogic's POSTPOST Application

25. On or about December 7, 2010, I learned that a company called TigerLogic in California had launched a product called POSTPOST. TigerLogic issued a press release on that day that describes its product as the "best way on the Web to organize, search and absorb the news from your Facebook newsfeed." *See* Exhibit 1 (TigerLogic press release dated December 7, 2010). The press release goes on to describe TigerLogic's product as a "real-time personal social newspaper that collects and curates posts shared by your Facebook friends into a similar, easy-to-read tabloid layout." *Id.* Based on my review of TigerLogic's press release and its website, http://www.postpost.com, I understand TigerLogic's product to be a social search application that operates in a manner similar to Boathouse's POSTPOST application.

26. On the same day that TigerLogic launched its application, December 7, 2010, it started a Twitter feed, @thepostpost, at which it publicized its POSTPOST application.

Included below is a screenshot of the first post made by TigerLogic on the @thepostpost Twitter feed.



27.     The experience of a user of TigerLogic's POSTPOST application is similar that of a POSTPOST subscriber.  Upon entering the http://www.postpost.com website, a user is prompted to "connect to Facebook to see all the interesting news, videos, and photos your friends and liked pages have posted!"  Once connected to Facebook, TigerLogic's application retrieves news, videos, and photos from Facebook's index and brings those materials to a user's POSTPOST profile page, where they are re-arranged and displayed.  From TigerLogic's POSTPOST profile page, a user can conduct keyword searches to further curate the display of information.

On January 6, 2011, I ran a search for the term "snow" on TigerLogic's POSTPOST application and obtained the following result, which looks very similar to the result that I received when I ran the same search on Boathouse's POSTPOST application.



**Actual Confusion Has Occurred**

28.     The launch of TigerLogic's application has led to actual confusion by users of Boathouse's POSTPOST application. In the month since TigerLogic launched its competing POSTPOST application, I have personally observed several instances of confusion.  For example, on December 10, 2010, a Boathouse POSTPOST subscriber posted on Twitter the following message regarding the two applications:  "Another social aggregator: @postposting for

Twitter http://postpo.st - and for Facebook too! http://postpost.com." *See* Exhibit 2.  In other words, this subscriber mistakenly thought that Boathouse was responsible for TigerLogic's application.  After I responded to that post, clarifying that the applications were different, the same subscriber posted as follows:  "Aren't they basically same company, just different (sister) products?"  *See* Exhibit 3.

29. Similarly, on December 21, 2010, a user of the website http://www.oneforty.com, which describes itself as a resource to "discover thousands of tools that help you do more with your business, career or life using Twitter," curated a list of "Must Have Apps" for Twitter that included Boathouse's POSTPOST application.  Although the list included Boathouse's POSTPOST logo, it contained a written caption that described *TigerLogic's* product: *Facebook, but with a really cool layout.  See* Exhibit 4.  Because the list of applications and the website on which it was published focused solely on Twitter applications, and because Boathouse's POSTPOST logo was used, it is obvious that the author intended to reference Boathouse's POSTPOST application but inadvertently described TigerLogic's POSTPOST application.

30. Similarly, on the day that TigerLogic launched its POSTPOST application, a Twitter user posted a link related to the launch that prompted the following post: "@bpedro thanks for the heads up, at first I thought it was http://postpo.st/ but the description didn't fit in."  *See* Exhibit 5.

31. Since TigerLogic began using the POSTPOST mark, the profile page for Boathouse's POSTPOST application on http://www.oneforty.com, a website devoted to applications for Twitter, has been besieged by confusing references to TigerLogic's product.  In particular, the section of that profile page containing Twitter posts about Boathouse's application routinely

11

includes posts that are actually about TigerLogic's application, as shown in the following screenshot taken from the profile page on January 17, 2011:



From the context of the Tweets (*i.e.,* discussion of Facebook and inclusion of TigerLogic's website), it is clear that the references are to TigerLogic's POSTPOST application, not Boathouse's.

32.     Similarly, Boathouse's profile page for its POSTPOST application on the popular social networking site LinkedIn (http://www.linkedin.com) has become riddled with confusing references to TigerLogic's product.  The LinkedIn site contains a feature whereby news articles about a particular user are automatically included on the user's profile page.  Since December 2010, the articles linked to the profile page for Boathouse's POSTPOST application have included numerous articles about TigerLogic's product.  This is illustrated in the following screenshot, taken on January 17, 2011:

12

> **PostPost mentioned in the News**
>
> Paper.li Owner Gets $2.1 Million in New Funding
> Mashable, Jan 11, 2011
>
> Make your open house feel like an open home with these simple tips
> Macomb Daily, Dec 26, 2010
>
> Facebook's new filters let you control news feed
> MSNBC, Dec 22, 2010
>
> Flipboard and other iPad apps let friends choose news for you
> The Star-Ledger, Dec 17, 2010
>
> Facebook Photos: Now With Facial Recognition Tech
> Techland, Dec 16, 2010
>
> See all News »
>
> **Type**
> Privately Held
>
> **Company Size**
> 1-10 employees
>
> **Website**
> http://postpo.st

I examined each of the five articles linked to Boathouse's POSTPOST profile page in the above screenshot, and four of five related to TigerLogic's product, not Boathouse's.

### Further Confusion Is Inevitable

33.     Although there has already been actual confusion in the wake of TigerLogic's launch of its POSTPOST application, I expect that there will soon be even more confusion, as TigerLogic has indicated that it may soon modify its POSTPOST application for use with Twitter.  On December 29, 2010, TigerLogic posted the following message to its Twitter feed, @thepostpost: "@ZoDickerson Thanks for the feedback! We're working on lots of filter features

13

(and possible Twitter) for V.2, we appreciate your input!" *See* Exhibit 6. Notably, TigerLogic posted this message after it was on notice of suit by Boathouse. I understand that TigerLogic has known about this lawsuit since at least December 10, 2010.

34. Moreover, Boathouse is currently working towards adding Facebook to the list of social media platforms that it will allow subscribers to search and curate. This is consistent with Boathouse's initial plan for POSTPOST, which was to launch initially on Twitter, Flickr, and RSS before expanding into Facebook. Boathouse expects that its POSTPOST application will be compatible with Facebook in approximately 3 months.

**The POSTPOST Name Allegedly Purchased by TigerLogic from DK New Media is Totally Unrelated to the Products at Issue Here**

35. Attached hereto as Exhibit 7 is a letter dated January 3, 2011, which I understand that our counsel received from counsel for TigerLogic. Based on this letter, it appears that, after this litigation began, TigerLogic allegedly purchased the POSTPOST name from a company called DK New Media.

36. I have investigated DK New Media's POSTPOST product and have determined that it is completely unrelated to the similar POSTPOST products of Boathouse and TigerLogic.

37. Based on my investigation, I conclude that DK New Media's POSTPOST product was a plugin that could be used by someone writing a blog entry on the Wordpress blog platform. A "plugin" is an optional feature providing some limited functionality for a given application (such as Wordpress), which can be downloaded by a computer user, often for free, and then uploaded in the context of the application in which the plug-in operates. According to the Wordpress website, a partial printout of which is attached hereto as Exhibit 8, Wordpress is an open-source platform established in 2003 for the purpose of providing a cost-free place for people to maintain their blogs. In general terms, a blog (or weblog) is a page of a website that

serves as an online journal where an individual can post content for others to read, usually organized by date with the most recent entry on top. Blog content is usually authored by the individual who maintains the blog, but can also include content that the author copies from other sources and/or links to other websites.

38. Based on my investigation, it appears to me that DK New Media's POSTPOST product was very limited in its functionality, and that its sole purpose was to allow a person creating a blog entry on Wordpress to append a preface or a footnote to that post. In other words, DK New Media's POSTPOST plugin was an optional formatting tool that would allow a blog author to add text so that it would appear in a certain location on the computer screen. It is therefore somewhat analogous to the footnote functionality that you might find in a word processing program such as Word or WordPerfect. DK New Media's POSTPOST does not search for or curate content to be inserted into the blog. The content to appear in the footnote or preface must be manually identified and inserted by the author; there is no search functionality in DK New Media's product that facilitates or automates this process.

39. It is obvious from the materials I have reviewed that DK New Media's POSTPOST product was not intended to be used with Twitter, Facebook and similar applications. As a blog platform, I am not aware that Wordpress even offers any functionality to allow users to connect with one another, like Twitter and Facebook do. The purpose of Wordpress and Twitter/Facebook are fundamentally different, and a big part of what makes Twitter and Facebook so popular and successful is the ability to establish connections with other people and build a network.

40. In sum, DK New Media's POSTPOST was an optional feature for users of the Wordpress blogging platform. It had nothing to do with Twitter, Flickr, RSS or Facebook, and it

has nothing to do with search or curation of social media content.  It simply allowed a user who was publishing a Wordpress blog post to append a preface or a footnote to that post.  DK New Media's POSTPOST Wordpress plugin and the Boathouse POSTPOST application are very different.  The Boathouse POSTPOST is not a feature of another application, it is an application unto itself.  With the Boathouse POSTPOST, users can aggregate, search, curate and republish the content that they and the people they follow have shared on various social networks and platforms, including Twitter, Flickr and RSS (and soon Facebook).  Comparing the DK New Media product with the Boathouse product is like comparing an optional footnote feature for WordPerfect to the Google search engine.  They are that different.

    41.    In this declaration, I have referred to DK New Media's POSTPOST product in the past tense because I am not aware that anyone has downloaded or used it recently.  I have looked for but been unable to find any recent advertising or marketing materials for DK New Media's POSTPOST plugin, and could only find mentions of it in blog entries that appear to have been created by an employee of DK New Media in early 2007 and then updated in the summer of 2009.  On January 14, 2011, I searched for POSTPOST in the list of plugins currently available for Wordpress (http://wordpress.org/extend/plugins/), and no results were returned.  A copy of the results screen is attached hereto as Exhibit 9.  Finally, I am not aware that TigerLogic even acquired the DK New Media's POSTPOST product, as opposed to just the name, and I have not seen any indication that TigerLogic is offering the POSTPOST plugin for Wordpress (or any other platform) for download or sale.  I have looked for but been unable to find any mention of the POSTPOST plugin product at TigerLogic's websites, including its website at www.postpost.com.

Signed under the pains and penalty of perjury, this 18th day of January, 2011, in Waltham, Massachusetts.

/s/ Brad Noble

Brad Noble

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be served by hand, along with the summons, a copy of the complaint, a copy of plaintiff's motion for preliminary injunction, and a copy of plaintiff's memorandum of law in support of its motion for preliminary injunction, upon Thomas G. Lim, Chief Financial Officer and registered agent of defendant TigerLogic Corporation at the defendant's principal place of business: TigerLogic Corporation, 25A Technology Dr. Suite 100, Irvine, CA 92618, with a copy by electronic mail to Mr. Gray.

I certify that, on this day, I caused the papers referenced in the paragraph immediately above to be deposited with a process server for immediate service upon the defendant.

/s/ Julia Huston

JULIA HUSTON