EXHIBIT 1

Case 1:10-cv-12125-NMG   Document 7-1   Filed 01/18/11   Page 1 of 3

 TI Pick  |  TI XDMS  |  TI Omnis  |  TI Yolink


○ Site search  ○ Web search   enhanced by yolink

## Press Releases

**Back**   |   Tigerlogic Press Release

**Contact Information**

**TigerLogic Corporation**
Brian Cheek
TigerLogic Corporation
503-708-7813
**brian.cheek@tigerlogic.com**

### TigerLogic Launches PostPost, a Real-Time Facebook Newspaper

**PostPost is the best way on the Web to organize, search and absorb the news from your Facebook newsfeed.**

**IRVINE, CA December 7, 2010** – TigerLogic Corporation (Nasdaq: TIGR) today announced the release of **PostPost**, a real-time personal social newspaper that collects and curates posts shared by your Facebook friends into a familiar, easy-to-read tabloid layout.

PostPost enables users to quickly skim relevant passages of text shared by their Facebook friends and sort shared content by type. To access PostPost, users simply login using Facebook **Connect**, and in a matter of seconds, all shared links, pictures, videos, articles from their Facebook friends will populate the front page of their personal paper.

Whereas Facebook's stream can quickly become cluttered and unmanageable, PostPost offers a more intuitive layout that surfaces only the content shared by users' friends. Users can also comment on, like and re-share content directly from the PostPost platform.

Under the hood, PostPost employs **jQuery Masonry**, created by David DeSandro, to make efficient use of page space and organize posts in tight columns for quick reading. Additionally, PostPost is integrated with TigerLogic's **yolink** search-enhancing technology to help readers search PostPost's vast real-time content and return actionable search results with key terms in context.

"This is a perfect use case for yolink technology," said Brian Cheek, Director of Business Development at TigerLogic. "PostPost delivers a lot of information from a myriad of sources and yolink search is the best way to actually search through it all and reveal what hides behind the hundreds of links."

PostPost is now open and available to the public for free. Over the next few months, the TigerLogic PostPost team will continue to add features to PostPost.

"PostPost is a great way to quickly digest and keep up with the news from your social circle," continued Cheek. "PostPost is a real-time news hub much like the Huffington Post or Drudge Report, except your friends are the editors."

**About PostPost:**

PostPost is a personal social newspaper that collects and curates posts shared by your Facebook friends into a familiar, easy-to-read newspaper layout.

PostPost shows you what your friends are posting on Facebook in real-time and enables you to quickly skim relevant passages of text and sort shared content by similar kind.

For more information visit **http://www.postpost.com**.

**About Yolink:**

Yolink is a next-generation search enhancement technology that helps you find information and get things done quickly. Yolink extracts information from behind links and inside of documents, surfacing key information from unwieldy result sets.

Yolink is generally available via its API, and blogger and site search widgets. TigerLogic also offers a browser plugin and desktop search application for those who want to use yolink across the web or an individual computer.

For more information, please visit **http://yolink.com**.

**About TigerLogic Corporation:**

TigerLogic Corporation (Nasdaq: TIGR) has been providing reliable data management and rapid application deployment solutions for ISVs and developers of database applications for more than three decades. TigerLogic's product offerings include: 1) TigerLogic® yolink, a next-generation search enhancement technology; 2) TigerLogic® XML Data Management Server (XDMS), provides flexible, scalable and extensible XML data storage as well as query and retrieval of critical business data across a variety of structured and unstructured information sources; 3) Pick® Universal Data Model (Pick UDM) based database management systems and components, including D3®, mvEnterprise® and mvBase® that are the choice of more than a thousand application developers worldwide; and 4) Omnis Studio®, a cross-platform, object-oriented RAD tool for developing sophisticated thick-client, Web-client or ultra thin-client database applications. TigerLogic's installed customer base includes more than 500,000 active users representing more than 20,000 customer sites worldwide, with a significant base of diverse vertical applications. With employees and contractors worldwide, TigerLogic offers 24x7 customer support services and maintains an international presence. More information about TigerLogic and its products can be found at **http://www.tigerlogic.com**.

**About TigerLogic**

**Corporate Information**

- Leadership Team
- Board of Directors
- Company Profile
- Corporate Governance

**Investor Relations**

- SEC Filings
- Contact
- Investor FAQs

**News**

- Press Releases
- Newsletters

**Careers**

- Careers with TigerLogic

**Legal Notices**

- Terms of Use
- Privacy Policy
- Web Services Customer Agreement
- License Agreements
- Trademark List
- Trademark Use Guidelines for yolink

Except for the historical statements contained herein, the foregoing release may contain forward-looking information. Any forward-looking statements are subject to risks and uncertainties, and actual results could differ materially due to several factors, including but not limited to the success of the Company's research and development efforts to develop new products and to penetrate new markets, the market acceptance of the Company's new products and updates, technical risks related to such products and updates, the Company's ability to maintain market share for its existing products, the availability of adequate liquidity and other risks and uncertainties. Please consult the various reports and documents filed by the Company with the U.S. Securities and Exchange Commission, including but not limited to the Company's most recent reports on Form 10-K and Form 10-Q for factors potentially affecting the Company's future financial results. All forward-looking statements are made as of the date hereof and the Company disclaims any responsibility to update or revise any forward-looking statement provided in this news release. The Company's results for the quarter ended September 30, 2010 are not necessarily indicative of the Company's operating results for any future periods.

*TigerLogic, yolink, Raining Data, Pick, mvDesigner, D3, mvEnterprise, mvBase, Omnis, and Omnis Studio are trademarks of TigerLogic Corporation. All other trademarks and registered trademarks are properties of their respective owners.*

Company Info  |  Contact Us  |  Privacy  |  Press  |  Events

Copyright © 2011 TigerLogic Corp. All rights reserved.