EXHIBIT 7

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
C O U N S E L O R S   A T   L A W

**Andrew J. Gray IV**
Partner
650.843.7575
agray@morganlewis.com

January 3, 2011

**VIA U.S. MAIL & ELECTRONIC MAIL: jhuston@foleyhoag.com**

Ms. Julia Huston
Foley Hoag LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2600

Re:   *Boathouse Group, Inc. v. TigerLogic Corporation* (Civil Action No. 10-cv-12125-NMG)

Dear Ms. Huston:

We are in receipt of your December 20 and 29, 2010 letters.

TigerLogic has acquired all of DK New Media, LLC's rights in the POSTPOST name and trademark, which rights date back to at least as early as February 2007. Since adopting its POSTPOST name and mark in 2007, DK New Media, LLC has continuously used POSTPOST in connection with computer software and computer and social networking services, namely the customizing, aggregating, organizing, managing, sharing, and displaying of data, news and other content on social media networks, including but not limited to internet blogging communities. A copy of the assignment agreement from DK New Media, LLC to TigerLogic is enclosed.

As TigerLogic's rights in POSTPOST are senior to those of Boathouse Group, we ask that Boathouse Group voluntarily dismiss its Complaint in this action and expressly abandon its



Julia Huston
January 3, 2011
Page 2

application to register POSTPOST in the United States.  Please let us know once this has been done.

Sincerely,

Andrew J. Gray IV

Enclosure

# TRADEMARK ASSIGNMENT AGREEMENT

THIS TRADEMARK ASSIGNMENT AGREEMENT (the "*Agreement*") is entered into as of December 29, 2010 by DK New Media, LLC, an Indiana limited liability company with principal offices at 120 E. Market Street, Suite 940, Indianapolis, IN 46204 (the "*Assignor*") in favor of TigerLogic Corporation, a Delaware corporation located and doing business at 25A Technology Dr. Suite 100, Irvine, CA 92618 (the "*Assignee*").

WHEREAS, the *Assignor*, by January 2007, began developing, and since at least as early as February 18, 2007, began using the name and trademark POSTPOST (the "*Assigned Mark*") in connection with computer software and computer and social networking services, namely the customizing, aggregating, organizing, managing, sharing, and displaying of data, news and other content on social media networks, including but not limited to internet blogging communities;

WHEREAS, the Assignor is the owner of the Assigned Mark, and has used that Assigned Mark continuously since initiating its use on February 18, 2007;

NOW THEREFORE, in consideration of the foregoing, and for five thousand dollars ($5,000) and other good and valuable consideration, the Assignor and the Assignee agree as follows:

1.    Transfer of Assigned Mark.  The Assignor hereby conveys, transfers and assigns all of its rights, title and interest whatsoever throughout the world in and to the Assigned Mark, and the goodwill of all business connected with the use of and symbolized by the Assigned Mark, to the Assignee.  Included with such transfer and assignment is the right to sue for and obtain damages or other available remedies for all past, present, and future infringements of the Assigned Mark.

2.    Disclaimers.  EXCEPT AS OTHERWISE SPECIFICALLY PROVIDED HEREIN AND TO THE MAXIMUM EXTENT PERMITTED BY LAW, THE ASSIGNED MARK IS TRANSFERRED "AS IS" AND ASSIGNOR EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, CONDITIONS, REPRESENTATIONS, AND GUARANTEES WITH RESPECT TO THE ASSIGNED MARK, WHETHER EXPRESS OR IMPLIED, ARISING BY LAW, CUSTOM, PRIOR ORAL OR WRITTEN STATEMENTS, OR OTHERWISE.

3.    Further Assurances.  The Assignor shall execute and deliver, from time to time after the date hereof upon the request of Assignee, such further conveyance instruments, and take such further actions, as may be necessary or desirable to evidence more fully the transfer of ownership of the Assigned Mark to Assignee.

4.    Miscellaneous.  This Agreement shall be governed and construed under the laws of the State of California.

IN WITNESS WHEREOF, each party hereto has caused this Agreement to be entered into as of the date identified above.

Assignor:                                          Assignee:

By: _____            By: _____
        Douglas Karr, President                        Thomas G. Lim
        DK New Media, LLC                            Chief Financial Officer
                                                      TigerLogic Corporation