UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BOATHOUSE GROUP, INC.,

        Plaintiff,

    v.

TIGERLOGIC CORPORATION,

        Defendant.

Civil Action No.  1:10–CV–12125–NMG

## DECLARATION OF DOUGLAS KARR IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Douglas Karr, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to testify, could and would testify competently to those facts.

2. I am the President, CEO, and founder of DK New Media, LLC ("DK New Media") and I have served as DK New Media's CEO since its formation.

3. I live in Indianapolis, Indiana, where DK New Media is based.

4. DK New Media is an advertising agency that focuses on new and social media. In this regard, we help our clients leverage e-mail, mobile platforms, search platforms, social media, automation, and online marketing. Among these services, social media is our greatest area of emphasis, and we work with our clients to develop blogs and blog strategies, including the integration of services such as Twitter, RSS, and Facebook into their social media strategies. We also help our clients improve their positioning in the results generated by Internet search engines, such as Google, including by purchasing ads, keywords, and the like.

5. Social media are media for social interaction, using highly accessible and scalable publishing techniques. Social media use web-based technologies to turn communication into

interactive dialogue.  Social media can take many different forms, including Internet forums, weblogs, social blogs, microblogging, wikis, podcasts, photographs or pictures, video, rating and social bookmarking.

6. By way of background, RSS (most commonly expanded as Really Simple Syndication) is a family of web feed formats used to publish frequently updated works—such as blog entries, news headlines, audio, and video—in a standardized format.  An RSS document (which is called a "feed," "web feed," or "channel") includes full or summarized text, plus metadata such as publishing dates and authorship.  Web feeds benefit readers who want to subscribe to timely updates from favored websites or to aggregate feeds from many sites into one place.  RSS feeds can be read using software called an "RSS reader," "feed reader," or "aggregator," which can be web-based, desktop-based, or mobile-device-based. The user subscribes to a feed by entering into the reader the feed's URL or by clicking a feed icon in a web browser that initiates the subscription process.  The RSS reader checks the user's subscribed feeds regularly for new work, downloads any updates that it finds, and provides a user interface to monitor and read the feeds.  RSS allows users to avoid manually inspecting all of the websites they are interested in, and instead subscribe to websites such that all new content is pushed onto their browsers when it becomes available.

7. Along these same lines, Twitter is a social networking and microblogging service, enabling its users to send and read messages called tweets. Tweets are text-based posts of up to 140 characters displayed on the user's profile page. Users may subscribe to other users' tweets—this is known as following and subscribers are known as followers.

8. Similarly, Facebook is a social network service and website.  Facebook has more than 600 million active users.  Users may create a personal profile, add other users as friends and exchange messages, including automatic notifications when they update their profile.  Additionally, users may join common interest user groups, organized by workplace, school, or college, or other characteristics. The name of the service stems from the colloquial name for the

book given to students at the start of the academic year by university administrations in the US with the intention of helping students to get to know each other better.

9. To promote DK New Media and my activities, I post regular comments and updates on my blog, *The Marketing Technology Blog*, as well as on my Twitter and Facebook accounts. These posts of mine are very popular, and my blog has now been visited more than 1,000,000 times as shown in the Google analytics report that I have attached as Exhibit A. In addition to these pageviews from people visiting my blog directly, many other people subscribe to my posts via RSS and are not included in these numbers.

10. In early 2007, I developed a social media tool for DK New Media that I named POSTPOST to allow bloggers and other social media users to customize and add content to their posts, webpages, and RSS feeds. I have promoted POSTPOST in my blog and in other social media outlets, such as Twitter and Facebook, as they have emerged on the social media scene. I have attached a sampling of these posts as Exhibit B. I also have promoted POSTPOST at conferences at which I have lectured, including the following events: Blog Indiana, Masters of Business Online, Webtrends Engage, and Online Marketing Summits held in Indiana, Nevada, and Texas.

11. Since releasing version 1.0.0 of POSTPOST on February 17, 2007, I have continued to update it periodically to address new ways of customizing user content for consumption in social media, to fix bugs, and the like. Indeed, I receive feedback from the social media community that I include in these updates to POSTPOST. Given POSTPOST's popularity in the social media community, I receive feedback such as this regularly. The current POSTPOST release is version 2.1.0, which I released on September 14, 2009. A copy of the webpage where users can download POSTPOST is attached as Exhibit C. By virtue of a trademark license from TigerLogic, DK NewMedia and I continue to offer, support, and update POSTPOST. Our plan is to include additional time-range features in the next release of POSTPOST, and to enhance our ability to work with other social media services like Twitter and Facebook in the future. Indeed, enhancing support to incorporate content from social resources

such as Twitter and Facebook is a natural expansion of POSTPOST's features. DK New Media is likely to enhance its support for micro-blogging services such as Twitter to POSTPOST in a future release.

12. By virtue of my and DK New Media's promotional efforts and consumer demand, POSTPOST has become well known within the social media community both in the United States and around the world. Indeed, as of December 1, 2010, the website analytics report from Google analytics for POSTPOST evidences that POSTPOST's website has been visited 1,105,978 times by 789,074 unique visitors; 246,047 of these visits and 221,729 of these unique visitors are in the United States. I have attached a copy of this report as Exhibit D.

13. While I do not know how many times POSTPOST has been downloaded, the ongoing feedback that I continue to receive from POSTPOST users evidences that it is in use by countless users around the United States and throughout the world.

14. POSTPOST's renown is further evidenced by the 75 webpages operated by others that link to the POSTPOST home page. I have attached a list of these websites as Exhibit E. In addition to these 75 webpages, I provide links to the POSTPOST home page on 25 webpages that I operate. These are also identified in Exhibit E.

15. In addition to the publicity POSTPOST has enjoyed online, it has also been featured and discussed in a book on corporate blogging, published by Chantelle Flannery and myself in July 2010. The relevant pages from the book that discuss the functionality of POSTPOST are attached as Exhibit F.

16. The social media community also provides unsolicited recommendations about POSTPOST. For example, POSTPOST is recommended by stylogue, Maljalah Referensi Anda, LOLOLOV World, WordPress God, and Lorelle on WordPress. TigerLogic's POSTPOST social newspaper is similarly recommended by bloggers and others in the social media community because of its ability to aggregate content that social media users have already created. One example of such a recommendation is attached as Exhibit G.

17. As discussed above, POSTPOST is a versatile social media tool that allows users to customize and add content to their blogs, webpages, and RSS feeds. It does much more than merely append a preface or footnote to a post; it allows a user to place customized content at any place in a social media feed. Thus, when subscribers include these blogs, webpages, and RSS feeds in their Twitter feeds and Facebook pages, POSTPOST will post the user's customized content in those social media streams. As a result, it is a perfect adjunct to all of these social media platforms. Indeed, it works seamlessly with TigerLogic's POSTPOST to include such customized content on the displayed pages of social media.

18. In addition to POSTPOST, DK New Media and I have developed a number of other tools for the expanding needs of social media consumers, including tools to integrate posts into SMS, to integrate social videos into blogs, to assist social media consumers with social media marketing, and to include custom search features into user's webpages. DK New Media and I offer all of these tools together with POSTPOST. Exhibit H shows the manner in which we market these services together.

19. I was unaware of the Boathouse Group and its alleged use of POSTPOST until December 2010, when I learned of this lawsuit. Given that POSTPOST and DK New Media's POSTPOST both use the same name and both are used online to manage or aggregate content, integrate social media sources such as Twitter, and specifically work with RSS, I would have objected to the Boathouse Group's use had I been aware of it because consumers would believe that the two services are related.

20. Syndication is the most popular way to have user content distributed across social media sites. POSTPOST allows users to customize their content feed so that it is displayed on other sites with customized content before or after. For example, a blog post that is syndicated through Facebook's notes feature is published within Facebook with the additional content. That content can be viewed via a FeedReader (i.e., Google Reader) and through any other site the content is syndicated to. The common technology throughout all of the technologies listed,

including Twitter, Facebook, POSTPOST, and blogging platforms is RSS.  RSS feeds are both published and consumed natively in virtually every social application on the Internet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 10th day of February 2011, in Indianapolis, Indiana.

/s/ Douglas Karr<br>
Douglas Karr