# EXHIBIT A

The Marketing Technology Blog
# Content by Title

Feb 1, 2007 - Dec 1, 2010
Comparing to: Site



## 54 page titles were viewed a total of 11,401 times
Filtered for page titles containing "PostPost"

### Content Performance

| Pageviews | Unique Pageviews | Avg. Time on Page | Bounce Rate | % Exit | $ Index |
|---|---|---|---|---|---|
| 11,401 | 9,904 | 00:03:19 | 80.43% | 73.22% | $0.00 |
| % of Site Total: 0.88% | % of Site Total: 0.91% | Site Avg: 00:02:56 (13.25%) | Site Avg: 79.47% (1.21%) | Site Avg: 70.39% (4.02%) | Site Avg: $0.00 (0.00%) |

| Page Title | Pageviews | Unique Pageviews | Avg. Time on Page | Bounce Rate | % Exit | $ Index |
|---|---|---|---|---|---|---|
| WordPress Plugin: PostPost \| The Marketing Technology Blog | 5,508 | 4,794 | 00:03:35 | 78.81% | 73.58% | $0.00 |
| WordPress Plugin: PostPost \| Marketing Technology Blog | 3,637 | 3,206 | 00:04:20 | 86.12% | 81.85% | $0.00 |
| WordPress Plugin: PostPost \| On Influence and Automation | 673 | 564 | 00:03:07 | 72.94% | 68.05% | $0.00 |
| WordPress Plugin: PostPost \| The Marketing Technology Blog from DK New Media | 515 | 452 | 00:03:34 | 86.89% | 79.61% | $0.00 |
| WordPress Plugin: PostPost (Updated) \| The Marketing Technology Blog | 432 | 366 | 00:01:29 | 51.49% | 32.41% | $0.00 |
| WordPress Plugin: PostPost (Updated) \| On Influence and Automation | 108 | 81 | 00:01:42 | 50.00% | 29.63% | $0.00 |
| Plugin: PostPost \| On Influence and Automation | 107 | 73 | 00:01:35 | 80.65% | 55.14% | $0.00 |
| WordPress Plugin: PostPost \| On Marketing & Technology | 85 | 68 | 00:02:06 | 69.64% | 63.53% | $0.00 |
| WordPress Plugin: PostPost (Updated) \| The Marketing Technology Blog, Indianapolis | 71 | 58 | 00:02:40 | 47.22% | 40.85% | $0.00 |
| PostPost Plugin for WordPress Upgraded | 56 | 51 | 00:00:52 | 39.13% | 37.50% | $0.00 |

1 - 10 of 54