# EXHIBIT
# H

- subscribe
- [                    ] Subscribe
- search
- [                    ] Search

# **Marketing Technology Blog**



- [Analytics](#)
- [Blogging](#)
- [Email Marketing](#)
- [Mobile Marketing](#)
- [Search Engine Marketing](#)
- [Social Media Marketing](#)
- [Technology](#)

February 17th, 2007



# **Projects**

**WordPress Plugins:**

- [WordPress Author Widget](#) – displays the Author's information in the sidebar as well as obtaining an image via the gravatar service. Option to display the author information in the base of the post on the feed as well. Current version: 1.1.0

Translate

Videos

- Connective Mobile WordPress Plugin – integrates your blog with SMS so you can manage a text messaging club, automatically alert suscribers to new posts, get comment alerts, etc.
- WordPress Contact Form with Spam Protection – this plugin allows a user to easily integrate a Contact Form into WordPress. Current Version 3.2.0

  **UPDATE:** I've discontinued development of this plugin. Instead, I would highly recommend Gravity Forms from RocketGenius for a very robust form integration with WordPress!

- NiceAdmin Plugin – this plugin allows a much nicer style to the WordPress Administration. Not compatible with WordPress 2.5. Current Version 1.0.1
- PostPost Plugin – this plugin allows you to add content before or after your post within your site or within your feed. Extremely helpful if you'd like to monetize your blog. Current Version 2.1.0
- Seesmic Plugin – this plugin displays your latest Seesmic videos on your WordPress blog. Current Version 1.1.4
- Technorati Rank WordPress Plugin – this plugin utilizes the Technorati API and displays your blog's rank in the sidebar along with an "Add to Technorati Favorites" link. Current Version 2.1.0





- Jaiku Plugin for WordPress – Allows you to display your latest Jaiku presence in your blog AND allows you to post a new presence to Jaiku! Current Version 1.0.5.

## Widgets:

- Technorati API using JavaScript, PHP5's SimpleXML, and the Curl Library, I wrote a little engine that produces your Technorati rank:
- I've written a couple of Yahoo! Widgets for ExactTarget. It's a pretty cool widget engine. Bill Dawson turned me onto it and gave me the first code samples.

Translate                                                                                        Videos

## Custom Search:

If you're using Mozilla or Firefox, you can build your own search box extension and install it in your browser. Here's how… enter all of the following information and click Go!

What is the name of the Website?
(example: My Blog)

What is the URL of the Search Page?
(example: http://www.marketingtechblog.com)

http://

What is the search variable for your site?
(example: if your search URL is http://www.marketingtechblog.com?**s**=mysearch, then s)

s  Go! Or Add Cuil!

## Events



[Blogging Success Summit 2011](#)
22 February 2011, 1:00 pm

23 Blogging Pros Help You Master Blogging! Join Technorati CEO Richard Jalichandra, Scott Monty (head of social media, Ford), Brian Clark (Copyblogger), Darren Rowse (author, ProBlogger) and experts from Sony, Procter & Gamble, Cisco, McDonald's and Southwest Airlines as they reveal proven blogging tactics at Blogging Success Summit 2011. Special 50% off pricing. Fully online.

Translate                       Videos

- 

  [Webtrends Engage 2011](#)
  28 February 2011, 6:00 am

  Douglas will be in attendance, and perhaps speaking, at Webtrends Engage, the best Analytics conference in the world.

- 

  [Search Marketing Expo Canada](#)
  28 April 2011, 11:45 pm

  Douglas will be moderating a panel at Search Marketing Expo: How Ratings, Reviews, Blogging and Other Forms of User Generated Content is Impacting Search Visibility and Traffic. In this session marketers show real life examples of Social Search strategies at work and the impact on organic search results.

## Listen to Radio Show

- 

  [Social Media Law - Jan 28,2011](#) - Kenan Farrell of KLF Legal and Brian Powers of the Law Offices of Brian Powers discuss the legalities of social media - a growing concern for mainstream companies. Also joining the conversation will be Josh Koch of The Tyros, a social media startup for sports officials.

- 

  [Branding Yourself - Jan 21,2011](#) - Authors and friends Kyle Lacy and Erik Deckers will discuss their newest book, Branding Yourself. In Branding Yourself, Erik Deckers and Kyle Lacy show you how to supercharge all your business and personal relationships…demonstrate that you are the best solution to employers' or partners' toughest problems…become a recognized thought leader…and translate your online

Translate                                                Videos

- 

  [Search Engine Marketing - Jan 07,2011](#) - We have powerhouse SEO expert Jeremy Dearringer from Slingshot SEO, search engine marketers Chris Bross and Thomas Heed from EverEffect and Pat East from Hanapin Marketing on the show to discuss the latest trends and opportunities in search engine marketing.

- 

  [Bill Caskey - Dec 17,2010](#) - This week, we're having Bill Caskey (Author of Rewire the Sales Mind) and Matt Nettleton (our Sales Coach from Trustpointe) down to discuss their expertise and findings on how online marketing and social media is impacting the sales process. Of course, we'll provide guidance for both sales and marketing professionals to take leverage the mediums.

- 

  [Paul Poteet & Tom Davis - Dec 10,2010](#) - This is a great week, we've got the best two radio comedians in the industry on the show. We're fascinated by Paul & Tom's adoption of the Internet from traditional media and have a lot of questions for them.



- [Advertise](#)
- [Projects](#)
- [Contact](#)
- [Vendors](#)
- [Our Blogging Book](#)

Translate                                                                                      Videos

**$.65 Brochure Displays** Cardboard & Acrylic 1000s in stock. Ship Today. www.affordablepackagingproducts.com

**Laptops Sold for $33.33** Today Only: All HP Laptops are Sold for up to 98% Off. Buy Yours Today! QuiBids.com

**Managed File Transfer** Request Free Demo of MOVEit to securely manage/encrypt data www.IpswitchFT.com/MOVEitDMZ

Ads by Google

Translate       Like       Be the first of your friends to like this.                                             Videos