```
                    United States District Court
                      District of Massachusetts
_____
                              )
BOATHOUSE GROUP, INC.,        )
        Plaintiff,            )
                              )
        v.                    )    Civil Action No.
                              )    10-12125-NMG
TIGERLOGIC CORPORATION,       )
        Defendant.            )
_____)
```

### PRELIMINARY INJUNCTION

**GORTON, J.**

In accordance with the Memorandum & Order, entered this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** as follows:

1) The defendant TigerLogic Corporation (including its officers, directors, employees, agents, affiliates, successors, assigns, licensees and all those in privity or acting in concert with them) is hereby enjoined from using the mark "POSTPOST" in association or connection with its so-called "social newspaper" application.

2) Notwithstanding the injunction imposed in Subparagraph 1), the defendant may, during its pendency, use the website address "http://www.postpost.com", provided however that the content of that website complies with the injunction imposed in Subparagraph 1) and further that the defendant affix on that website the following disclaimer:

> "TigerLogic Corporation is not related to or in any way affiliated with the Boathouse Group, Inc. To access the Boathouse Group's PostPost application, visit http://www.postpo.st or click here to be redirected."

and the word "here" shall be linked to http://www.postpo.st.

3)   The defendant shall not expand its so-called "social newspaper" application for use beyond Facebook nor introduce it for use with Twitter, Flickr or RSS.

4)   The plaintiff Boathouse Group, Inc. shall not expand its so-called "social search and curation application" for use beyond Twitter, Flickr or RSS nor introduce it for use with Facebook.

5)   The defendant TigerLogic Corporation shall not expand the plugin it acquired by assignment from DK New Media for use beyond WordPress.

6)   Pursuant to Fed. R. Civ. P. 65(c), this injunction shall take effect upon the filing with this Court by Boathouse Group, Inc. of a security bond in the amount of Fifty Thousand Dollars ($50,000).

This preliminary injunction shall remain in full force and effect until the case is decided on the merits or until modified by further order of this Court.

**So ordered.**

                                      /s/ Nathaniel M. Gorton
                                      Nathaniel M. Gorton
                                      United States District Judge

Dated March 7, 2011